RAIZEL ARMANDO CALVETTE CHIRINOS,

    Petitioner,

   v.

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security, et al.,

    Respondents.

Case No. 26-CV-369

## RULE 4 ORDER

Raizel Armando Calvette Chirinos, who is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Dodge County Detention Facility in Juneau, Wisconsin, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Habeas Petition, Docket # 1.) Calvette Chirinos has paid the $5 statutory filing fee. (*Id.*) Under Rule 4 of the Rules Governing § 2254 Cases, applicable to § 2241 petitions, *see* Rule 1(b) and Civil Local Rule 9(a)(2), the Court must review and screen the petition. During the screening process, I must dismiss a petition summarily if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules Governing § 2254 Cases.

Calvette Chirinos is a Venezuelan national and asylum seeker who has been present in the United States since February 2023. (Hab. Pet. ¶ 1.) On or around February 26, 2023, Calvette Chirinos presented himself for inspection at the Nogales, Arizona Port of Entry and requested asylum. (*Id.* ¶ 18.) Calvette Chirinos entered into the country under the CBP-One parole process and was paroled into the country to pursue his asylum application. (*Id.* ¶¶ 9,

18.) Calvette Chirinos timely filed an application for asylum with the United States Citizenship and Immigration Services. (*Id.* ¶ 20.) Although his parole period has expired, his pending asylum application authorizes him to remain in the United States until a final decision is made. (*Id.*) On January 6, 2026, Calvette Chirinos married Iris Vivas Laines, a U.S. citizen. (*Id.* ¶ 19.) Subsequent to their marriage, Calvette Chirinos filed an application for adjustment of status on March 3, 2026, which also remains pending. (*Id.* ¶ 20.)

On September 11, 2025, while serving a 15-day sentence arising from an OWI first offense, ICE issued a detainer and warrant of arrest. (*Id.* ¶¶ 21–22.) Calvette Chirinos was transferred to the Dodge Detention Center on September 23, 2025, where he has remained in ICE custody since. (*Id.* ¶ 22.) Calvette Chirinos requested a bond hearing; however, the immigration judge denied his request on the grounds that Calvette Chirinos was charged as an "arriving alien" and the Court lacked jurisdiction under 8 C.F.R. § 1003.19(h)(2). (*Id.* ¶ 23.) Calvette Chirinos asserts that his continued detention is an unlawful violation of due process and an incorrect interpretation of immigration law. (*Id.* ¶¶ 25–39.) Calvette Chirinos requests the Court order the respondents to schedule a bond hearing before an immigration judge within seven days or alternatively, order his immediate release if the respondents fail to provide him with a bond hearing within that time.

The Supreme Court has recognized § 2241 petitions as a forum for statutory and constitutional challenges to detention orders in immigration proceedings. *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001). Calvette Chirinos alleges his detention violates the Immigration and Nationality Act and the Fifth Amendment as he is being unlawfully detained. Calvette Chirinos requests immediate release or to be granted an individualized bond hearing pursuant

2

to 8 U.S.C. § 1226(a). Based on his petition, I cannot conclude that Calvette Chirinos is plainly not entitled to relief. Under § 2243:

> The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The person to whom the writ or order is directed shall make a return certifying the true cause of the detention.

28 U.S.C. § 2243.

Accordingly, Respondents are ordered to respond to the petition by **March 19, 2026**.

### ORDER

**NOW, THEREFORE, IT IS ORDERED** that the Clerk of Court shall promptly serve a copy of the petition and this Order upon Scott Smith, Jail Administrator, Dodge County Jail, pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**IT IS FURTHER ORDERED** that the Clerk of Court shall promptly serve a copy of the petition and this Order upon Sam Olson, Field Office Director, Chicago Field Office, Immigration and Customs Enforcement, and the United States Attorney for the Eastern District of Wisconsin pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**IT IS ALSO ORDERED** that Respondents shall respond to the petition no later than **March 19, 2026**. Petitioner may file a reply no later than five (5) days of receiving Respondents' response.

Dated at Milwaukee, Wisconsin this 9th day of March, 2026.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge

3